4125 50th Street
Apartment 5B
Woodside, NY 11377
June 19, 2018

Hon. Katherine R. Forrest
United States District Court
Judge Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re Jeannine Renee Lam v. New York City Dep't of Educ.
18-CV-2756

Dear Judge Forrest:

Due to the nature and complexity of the DOE's Motion to Dismiss, my pedagogical end-of-year responsibilities, and other scheduling conflicts during the first two weeks of summer, I need an extension to prepare my opposing response. Ms. Amanda Blair has allowed for permission for an extension to submit my response by Thursday, July 19, 2018. Please see attached email correspondence.

Thank you for your consideration of this request.

Respectfully submitted,

Jeannine Renee Lam

Subject:  **RE: Case Management Plan**

From:  ablair@law.nyc.gov

To:  jlam682@yahoo.com

Date:  Friday, June 15, 2018, 5:49:51 PM EDT

Hi Ms. Lam,

I am scheduled to file our case management plan on Monday, 6/18. Please let me know if there is anything you would like to change. A copy of the plan is attached.

Thanks,

Amanda

**From:** Jeannine Lam [mailto:jlam682@yahoo.com]
**Sent:** Tuesday, June 12, 2018 3:49 PM
**To:** Blair, Amanda (Law)
**Subject:** Re: Extension of Time to Respond to Motion to Dismiss/ Pre-trial Conference

Ms. Blair-

Thank you. I will do so.

Sincerely,

Ms. Lam

☺

On Jun 12, 2018, at 2:48 PM, Blair, Amanda (Law) <ablair@law.nyc.gov> wrote:

    Hi Ms. Lam,

You should request the extension with the Court. Please contact the pro se office and they will be able to assist you.

Thanks,

Amanda

**From:** Jeannine Lam [mailto:jlam682@yahoo.com]
**Sent:** Tuesday, June 12, 2018 2:35 PM
**To:** Blair, Amanda (Law)
**Subject:** Re: Extension of Time to Respond to Motion to Dismiss/ Pre-trial Conference

Ms. Blair-

Thank you for your consent. Would you be willing to follow up with the court regarding this extension?

Sincerely,

Ms. Lam

On Jun 12, 2018, at 9:57 AM, Blair, Amanda (Law) <ablair@law.nyc.gov> wrote:

> Hi Ms. Lam,

> I consent to your request for extension. Unless otherwise notified by the Court, our conference call is still scheduled for June 25th.

> Thanks,

Amanda

**From:** Jeannine Lam [mailto:jlam682@yahoo.com]
**Sent:** Monday, June 11, 2018 7:44 PM
**To:** Blair, Amanda (Law)
**Subject:** Extension of Time to Respond to Motion to Dismiss/ Pre-trial Conference

Ms. Amanda Blair:

Due to the nature and complexity of the DOE's Motion to Dismiss, my pedagogical end-of-year responsibilities, and other scheduling conflicts during the first two weeks of summer, I need an extension to prepare my opposing response. Would you please allow for an extension to submit my response by Thursday, July 19, 2018?

In addition, how does the DOE's Motion to Dismiss affect the Pre-trial Conference scheduled for June 25th, 2018? Will that be rescheduled or canceled? Please advise so I may plan accordingly.

Thank you in advance to you attention to this matter.

Sincerely,

Ms. Jeannine Lam

 Lam - Scheduling Order.pdf
135.1kB