UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
Jeannine Renee Lam

        Plaintiff,                        NOTICE OF LIMITED SCOPE
                                                    APPEARANCE OF *PRO BONO*
       -against-                                COUNSEL
                                                      18-cv-2756 (PGG)
NYC Dept. of Education,

        Defendant.
--------------------------------------------------------x

To the Clerk of this Court and all parties of record:

   Enter my appearance as *pro bono* counsel in this case on behalf of Plaintiff, Jeannine Renee Lam, for the limited purpose of providing advice and representation in settlement negotiations or a conference and/or mediation through the Southern District's Alternative Dispute Resolution Program. I certify that I am admitted to practice in this Court.

Dated:  August 15, 2019
          New York, New York

                                               BETH E. GOLDMAN, ESQ.
                                               New York Legal Assistance Group

                                               /s/ *Susanne Toes*
                                               Susanne Toes - Staff Attorney
                                               Attorney for Plainitff
                                               NYLAG Clinic for Pro Se Litigants
                                               Room LL22, 40 Foley Square
                                               New York, NY 10007
                                               Phone: 212.613.5090
                                               Email: skeane@nylag.org