

**Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.**

April 16, 2020

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Lam v. NYC DOE, 18-cv-2756 (PGG)</u>

Dear Judge Gardephe,

    NYLAG represents plaintiff Jeanine Lam for the limited scope purpose of settlement. I am writing with the consent of Amanda Blair, counsel for defendant to request a 30-day extension of the time to reopen the case from April 17, 2020 until May 16, 2020. This is plaintiff's second request.

    Upon notice that the parties had reached a settlement in principle, Your Honor issued an Order, dated February 14, 2020, dismissing the case without prejudice to either party seeking a 30-day leave to reopen the case if the settlement was not finalized (ECF #38). The parties have been diligently working to finalize the details of a material term which also requires the approval from a special department within the Department of Education. While we continue to await the expected final approval, plaintiff respectfully requests the proposed extension.


Respectfully submitted,


Susanne Toes Keane

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 17, 2020

---

**NYLAG Legal Clinic for Pro Se Litigants | Thurgood Marshall United States Courthouse
Room LL22, 40 Centre Street, New York, NY 10007 | (212) 659-6190**