UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JEANNINE RENEE LAM,

                                  Plaintiff,      **STIPULATION OF
DISMISSAL WITH
PREJUDICE**

          -against-

NYC DOE – NEW YORK CITY DEPARTMENT OF
EDUCATION,                                          18-cv-2756 (PGG)

                                 Defendant.
-----------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Pro Se and Defendant, as represented by its attorney below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed, with prejudice and without costs, expenses or fees of any kind to any party.

Dated:      New York, New York
              May 4, 2020

| | |
|---|---|
| **JEANNINE RENEE LAM**<br>Plaintiff *Pro Se*<br>15211 89th Avenue, Apt. 511<br>Jamaica, New York 11432<br>(646) 884-3055 | **JAMES E. JOHNSON**<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendant<br>100 Church Street, Room 2-172<br>New York, New York 10007-2601<br>(212) 356-8767<br>ablair@law.nyc.gov |
| By: _____/s/ Jeannine Renee Lam_____<br>            Jeannine Renee Lam | By: _____/s/ Amanda B._____<br>            Amanda M. Blair<br>            Assistant Corporation Counsel |